7

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FRANKLIN AMILCAR GOMEZ FUENTES,

Petitioner,

v.

WARDEN/FACILITY ADMINISTRATOR, Imperial Regional Detention Facility, et al.,

Respondents.

Case No.: 26cv4741-LL-JAC

**ORDER DENYING AS MOOT PETITION FOR WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2241 AND DENYING AS MOOT APPLICATION FOR TEMPORARY RESTRAINING ORDER**

[ECF Nos. 1, 2]

Before the Court is pro se Petitioner Franklin Amilcar Gomez Fuentes' Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, alleging that he is wrongfully detained under 8 U.S.C. § 1225(b)(2). ECF No. 1 ("Pet."). Petitioner also filed an application for a temporary restraining order. ECF No. 2. Petitioner claims that he is subject to detention under 8 U.S.C. § 1226(a) because he entered the United States in 2021 and has no criminal history. Pet at 2, 4–5. He states that on August 10, 2026, he was arrested in Virginia on his way to work and subsequently transferred to the Imperial Regional Detention Facility. *Id.* at 5. Petitioner claims that he has not received any custody determination. *Id.* at 6. Petitioner seeks immediate release from immigration custody or, in the alternative, a bond hearing. *Id.* at 12.

7

The government filed a Response acknowledging that Petitioner is not subject to detention under 8 U.S.C. § 1225(b) and is instead subject to detention under § 1226(a) which provides for a bond hearing. ECF No. 7 at 1–2. The government also states that a bond hearing was set for August 27, 2026. *Id.* at 2; ECF No. 7-1.

The Court finds it appropriate to **DENY the Petition as MOOT** because Petitioner was provided a bond hearing. Accordingly, the Court also **DENIES AS MOOT** the application for temporary restraining order. The Clerk of Court is directed to close this case.

**IT IS SO ORDERED.**

Dated: September 22, 2026

Honorable Linda Lopez
United States District Judge