# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Franklin Amilcar Gomez Fuentes

**Plaintiff,**

**V.**

See Attachment

**Defendant.**

**Civil Action No.** 26-cv-4741-LL-JAC

## JUDGMENT IN A CIVIL CASE

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court DENIES the Petition as MOOT because Petitioner was provided a bond hearing. The court also DENIES AS MOOT the application for temporary restraining order. This case is hereby closed.

**Date:** 9/22/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ B. Chandler
B. Chandler, Deputy

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

(ATTACHMENT)

**Civil Action No.** 26-cv-4741-LL-JAC

Respondent: Warden/Facility Administrator, Imperial Regional Detention Facility; Field Office Director U.S. Immigration and Customs Enforcement, San Diego Field Office; Markwayne Mullin Secretary, Department of Homeland Security; Todd Blanche Acting Attorney General, United States; David J. Venturella Acting Director, U.S. Immigration and Customs Enforcement